DELBELLO DONNELLAN WEINGARTEN
WISE & WIEDERKEHR, LLP
*Attorneys for the Debtors*
One North Lexington Avenue
White Plains, New York 10601
(914) 681-0200
Jonathan S. Pasternak, Esq.
Julie Cvek Curley, Esq

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
In re:

97-111 Hale, LLC, and
100-114 Hale, LLC,

                    Debtors.
----------------------------------------------------------------X
GRAND PACIFIC FINANCE CORP.,

                    Plaintiff,

              -against-

97-111 HALE, LLC, 100-114 HALE, LLC, *et al.*,

                    Defendants.
----------------------------------------------------------------X
97-111 HALE, LLC, 100-114 HALE, LLC, ELI
BOBKER, BEN BOBKER and JOE BOBKER,

                    Counterclaim-Plaintiffs/
                    Crossclaim-Plaintiffs,

            -against-

GRAND PACIFIC FINANCE CORP.,

                    Counterclaim-Defendant,
              and

FINANCIAL ONE GROUP, *et al.*,

                    Crossclaim-Defendants.
----------------------------------------------------------------X

Chapter 11
Lead Case No. 15-22381 (RDD)

**AFFIDAVIT OF SERVICE**

Adversary Proceeding
Case No. 15-08224 (RDD)

STATE OF NEW YORK            )
                             ) SS.:
COUNTY OF WESTCHESTER        )

      Linda-carol Barry, being duly sworn, deposes:

      Deponent is not a party to the action and is over 18 years of age and is an employee of the law firm of DelBello Donnellan Weingarten Wise & Wiederkehr, LLP, One Lexington Avenue, White Plains, New York 10601.

      On the 6th day of November 2015, Deponent served a copy of a *Notice of Hearing On Motion For An Order Extending The Automatic Stay To, Or Otherwise Staying, Grand Pacific's Related State Court Collection Action Against The Bobkers Pursuant To Sections 105 and 362 Of The Bankruptcy Code Until The Disposition Of The Claims Against Grand Pacific In The Partially Remanded Adversary Proceeding*, upon the parties listed on the annexed Service List by depositing a true copy of same, enclosed in a pre-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service in the State of New York by first class mail.

                                                    */s/ Linda-carol Barry*
                                                    Linda-carol Barry

Sworn to before me this
6th day of November 2015

*/s/ Jonathan S. Pasternak*
Notary Public ~ State of New York

## SERVICE LIST

Hanh Huynh, Esq.  
Herrick Feinstein, LLP  
2 Park Avenue  
New York, NY 10016  

Barry E. Lichtenberg  
Lichtenberg PLLC  
200 Liberty Street  
30th Floor'  
New York, New York 10281  

Stephen Selbst, Esq.  
Herrick Feinstein, LLP  
2 Park Avenue  
New York, NY 10016  

Office of the United States Trustee  
U.S. Federal Building  
Attn: Serene K. Nakano, Esq.  
201 Varick Street, Suite 1006  
New York, New York 10004